433 A.2d 537

Commonwealth ex rel. Walters v. Walters.

Appeal of Lois J. Walters.

Argued December 4, 1979. Ronald J. Karasek, for appellant; Dennis A. De Esch, for appellee.

Before PRICE, WATKINS and HOFFMAN, JJ.

Order affirmed.